American Surety Company of New York, Appellant, *v.* William J. Fallon et al., Respondents.

(Argued March 8, 1933; decided April 11, 1933.)

*William B. Butler* and *William E. Magee* for appellant. *William J. Dawley* and *Livingston Smith* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien and Crouch, JJ. Not sitting: Hubbs, J.